# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| R 3391138 | Reed Justin | R8105 | OS-PO |

**Date and Time of Offense (mm/dd/yyyy):** 10/08/2011 8:57 AM
**Offense Charged:** ORC 4510.11 ☐ CFR ☐ USC ☒ State Code

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Offense Description:** Driving while under suspension
**Place of Offense:** Shields Ave & McDowell Pl

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Emily | R |

| City | State | Zip Code | D.L. State | D.O.B. (mm/dd/yyyy) |
|---|---|---|---|---|
| Celina | OH | 45822 | OH | 1993 |

Sex: ☒ Female

### VEHICLE DESCRIPTION

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| FHB 2418 | OH | 97 | Pontiac Grand Prix | White |

VIN: 1G2WP12K5V234900

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Add'l: ☐ Juvenile

Hair: BRO  Eyes: GRN  Height: 5-02  Weight: 170

**PAY THIS AMOUNT →** $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ **Total Collateral Due**

**YOUR COURT DATE**

**Court Address:** Seatbelt - Yes, Insurance - Yes

**Date (mm/dd/yyyy):** _____  **Time (h:mm):** _____

X Defendant Signature: [signature]

DD Form 1805 (Rev. 07-05)    Original - CVB Copy    Previous edition is obsolete.

---

R3391138

3:11 po 163
C4.1

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October**, 20**11** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

Your Honor, While performing my duties as a Law Enforcement Officer in the PWF, WPAFB., I was dispatched to back up SSgt Lakawicz/Bravo-1 and A1C Villada C/Bravo-1A on a traffic stop. I was briefed that while SSgt Lakawicz/Bravo-1 was attempting to pull over a vehicle he saw a white in color Pontiac cross the center line 3 times and crossed into the turn lane on Kauffman Rd and Shields Ave cutting off SSgt Lakwicz/Bravo-1. I arrived on scene and made contact with the driver and identified her as Smith, Emily R. by her OH Identification Card. A query through the L.E.A.D.S system came back that her OH driver's license was suspended. The driver was cited and released. For further information refer to Case #20111007144.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/28/2011  [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0540 | R 3391139 | Revel J | RB105 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code | Place of Offense |
|---|---|---|
| 10/08/2011 357AM | ORC 4301.62 | Shields Ave & McDowell Pl |

**Offense Description:** OPEN CONTAINER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Emily | R |

City: Celina  State: OH  Zip Code: 45822

☒ Adult ☐ Juvenile  Sex: ☐ Male ☒ Female

D.L. State: OH   [DL#]   (mm/dd/yyyy) 1993

Hair: BRO  Eyes: GRN  Height: 502  Weight: 125

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

### VEHICLE DESCRIPTION

| Tag No. | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| FHB 2478 | OH | 97 | Pontiac/Grand Prix/4dr | 1G2WP12K5VF234900 | White |

Seatbelt-Yes
Insurance-Yes

PAY THIS AMOUNT →

| | $  Forfeiture Amount |
|---|---|
| | + $25  Processing Fee |
| | $  Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

X Defendant Signature: [signature]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or pay the total collateral due.

DD Form 1805 (Rev. 07-05)   Original - CVB Copy   Previous edition is obsolete

2 of 3

---

3:11 po 0163
C4.2

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8 October, 2011 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Your Honor, While performing my duties as a Law Enforcement Officer in the PWF, WPAFB, I observed a white in color Pontiac bearing OH registration FHB2478 parked behind SSgt Lakawicz/Bravo-1 watching him conduct a traffic stop. I initiated a traffic stop and identified the driver as Smith, Emily R. by her OH driver's license. Upon making contact with the driver I noticed an open Jagermeister bottle. Upon further investigation a open Corona bottle and a 24 oz Budweiser can located in the back seat. The container's smelled like and appeared to be an alcoholic beverage. The violator was cited and released. For Further information Refer to case D. Acu1007MY

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/08/2011  Officer's Signature: [signature]

---

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS-LO | R 3391140 | Reeds | R8105 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/09/2011  3:14AM | OCC 4511.33 |

**Place of Offense:** Shields Ave & McDowell DL

**Offense Description:** Marked Lane Violation

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Emily | R |

| City | State | Zip Code |
|---|---|---|
| Celina | OH | 45822 |

☐ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair: Bro  Eyes: GRN  Height: 5'02  Weight: 170

**A** ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.**
**B** ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.**

## VEHICLE DESCRIPTION

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| EHB 2478 | OH | 97 | Pontiac/GrandPrix | White |

VIN: 1G2WP12K5VF234900
D.L. State: OH
DOB: 1995

PAY THIS AMOUNT → $
+ $25 Processing Fee
Forfeiture Amount
$ Total Collateral Due

**YOUR COURT DATE**
Court Address: Seat belt - Yes   Insurance - Yes

X Defendant Signature: [signature]

3 of 3

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **8 October**, 20 **11** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**.

Your Honor, While performing my duties as a Law Enforcement Officer in the PWF, WPAFB. I was dispatched to back up SSgt Lakawicz/Bravo-1 and A1C Villada C./Bravo-1A on a traffic stop. I was briefed that while SSgt Lakawicz/Bravo-1 was attempting to pull over a vehicle he saw a white in color Pontiac cross the center line 3 times and crossed into the turn lane on Kauffman Rd and Shields Ave cutting off SSgt Lakawicz/Bravo-1. I arrived on scene and made contact with the driver and identified her as Smith, Emily R. by her OH Identification Card. The driver was cited and released. For further information refer to Case #2011007144.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/09/2011  [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

3:11PO163
Ct.3